June 29, 2009

Ms. Kathleen Marie Kennedy
Mehaffy Weber PC
PO Box 16
Beaumont, TX 77704

Mr. Timothy W. Ferguson
Ferguson Firm
1122 Orleans Avenue
Beaumont, TX 77701
Honorable Donald J. Floyd
172nd District Court
1001 Pearl Street
Beaumont, TX 77701-3707

RE: Case Number: 09-0403
 Court of Appeals Number: 09-09-00098-CV
 Trial Court Number: E-177,607

Style: IN RE UNITED SCAFFOLDING, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the Relator's Motion for
Emergency Stay of Trial Court Proceedings and issued the enclosed stay
order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Lolita Ramos |